UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| LINDA IRENE WILSON | ) | |
| | ) | |
| v. | ) | NO. 2:12-CV-46 |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security | ) | |

**O R D E R**

This is an action for judicial review of the final decision of the defendant Commissioner denying the plaintiff's application for Disability Insurance Benefits and Supplemental Security Income under the Social Security Act. This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge. [Doc. 16] No objections have been filed to this report. After careful consideration of the Report and Recommendation of the United States Magistrate Judge, [Doc. 16], it is hereby **ORDERED** that this Report and Recommendation is **ADOPTED** and **APPROVED**, that the motion for summary judgement filed by the plaintiff is **GRANTED** and this case is **REMANDED** for an award of benefits commencing on August 12, 2007, when the plaintiff attained the age of 55. [Doc. 10]. The defendant's motion for summary judgment is **DENIED**. [Doc. 14].

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE